No. 559.—YABUCOA SUGAR COMPANY, peticionaria, *v.* CORTE DE DISTRITO DE HUMACAO, demandada.—*Certiorari.* Febrero 15, 1927. Resuelto por los fundamentos del caso No. 560 de febrero 15, 1927, haciéndose innecesario adoptar resolución alguna en este caso.

EX PARTE RIVAS ROSARIO, Peticionario.—Admisión al ejercicio de la abogacía. Febrero 21, 1927. Vista la solicitud presentada por el peticionario y examinada la Ley No. 17, aprobada en mayo 20, 1925, para enmendar la sección cuarta de la Ley No. 38 determinando reglas para el ejercicio de la profesión de abogado en Puerto Rico, etc., aprobada en 13 de abril, 1926, admítese al peticionario al ejercicio de la abogacía sin examen tan luego haya sido favorablemente recomendado por la Comisión de Reputación.

No. 4170.—SUCESIÓN DE PLÁCIDA VÉLEZ ET AL., aplte., *v.* MÁRQUEZ PALOU, apdo.—C. D. San Juan. Nulidad de ejecución hipotecaria. Febrero 23 de 1927.

POR CUANTO no existe en el presente recurso, ni es necesario, el pliego de excepciones o exposición del caso.

POR CUANTO el escrito de apelación fué radicado en octubre 13 de 1926 y no se ha archivado la transcripción en esta corte ni se ha obtenido prórroga al efecto.

POR TANTO: Vista la doctrina establecida en los casos de *Hernández* v. *Quiñones,* 34 D.P.R. 721; *Sucn. J. Martínez* v. *Dávila,* 17 D.P.R. 1008; y *Melchior et al.* v. *Banco Comercial,* 36 D.P.R. 91, se declaró con lugar la moción. *Desestimada.*